1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8    NUR SHEIKH-ELMI,

9                          Petitioner,                Case No. 2:24-cv-01048-TMC-TLF

10         v.                                         ORDER

11   GARLAND, et al.,

12                          Respondent.

13

14        Having reviewed the Report and Recommendation of the Honorable Theresa L.

15   Fricke, United States Magistrate Judge, any objections or responses, and the remaining

16   record, the Court finds and ORDERS:

17        (1)    The Court ADOPTS the Report and Recommendation.

18        (2)    Petitioner's habeas petition (Dkt. 4) is DISMISSED without prejudice as

19   moot.

20        (3)    Respondent's pending motion to dismiss (Dkt. 7) is DENIED as moot.

21        (4)    The Clerk is directed to provide a copy of this order to counsel for

22               petitioner, counsel for respondents and Judge Fricke.

23   Dated this 19th day of August, 2025.

ORDER - 1

TIFFANY M. CARTWRIGHT
United States District Judge

ORDER - 2

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| NUR SHEIKH-ELMI,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>GARLAND, et al.,<br><br>　　　　　　Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:24-cv-01048-TMC-<br><br>TLF |

__     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Report and Recommendation is adopted and approved. Petitioner's habeas petition (Dkt. 1) is DISMISSED without prejudice as moot. Respondent's motion to dismiss (Dkt. 7) is DENIED as moot.

Dated this 19th day of August, 2025.

Ravi Subramanian
Clerk of Court

Deputy Clerk